IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**TERENCE ARTURO LIMBERHAND,**<br><br>Defendant. | CR 22-129-BLG-SPW<br><br><br><br>**FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 64). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on October 2, 2023 (Doc. 47);

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

1

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture (Doc. 64) is **GRANTED.**

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- HiPoint, Model C9, 9mm pistol, S/N P10049008

- Various rounds of 9mm, .22 LR, .22 Magnum, 204 caliber, .40 caliber, and 270 other caliber ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

4. The United States has identified that the owner of the following property and has confirmed that the owner is not prohibited from possessing firearms. Therefore, the following firearm shall be returned to the following individual:

Vanguard/Weatherby, 270 Caliber Rifle, S/N VS344709 return to Joseph Limberhand.

DATED this 29th day of January, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge